

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed December 6, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                               ) Chapter 13
                                     )
SCOTT PATRICK CHRISTIE               ) Case No. 13-55283 SLJ
                                     )
                                     ) **ORDER CONFIRMING PLAN**
            Debtor                   )
_____

The Debtor filed a Plan under Chapter 13 of the Bankruptcy Code on Oct 18, 2013, a copy of which was served on creditors.  After hearing on notice on Dec 04, 2013, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures.

THEREFORE, IT IS ORDERED THAT:

1. The Debtor's Plan filed on Oct 18, 2013 is confirmed.

2. The future income of the Debtor shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

/

/

/

/

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtor shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $750 X 36, $1532 T/A

   no later than the last day of each month, at P O BOX 50013, SAN JOSE, CA 95150-0013.

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

\*\*\* END OF ORDER \*\*\*

Approved as to form and content.

Dated: Dec 05, 2013           /s/ DEVIN DERHAM-BURK
                              Chapter 13 Standing Trustee

# COURT SERVICE LIST

Case Name: SCOTT PATRICK CHRISTIE                    Case No.: 13-55283 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

SCOTT PATRICK CHRISTIE
1260 41ST AVE #M
CAPITOLA, CA  95010